4-6500.039136
**DWYER, CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
(WTC-0388)
Attorneys for Defendants JEFFREY WELZ, THE WEEHAWKEN POLICE DEPARTMENT and THE TOWNSHIP OF WEEHAWKEN under docket number 05-3522 (PGS-ES)

| | |
|---|---|
| Plaintiff,<br>ESTATE OF JOSE LUIS IVES, JR., represented by Jose Luis Ives, Sr., the Administrator ad Prosequendum of the Estate of Jose Luis Ives, Jr.<br><br>vs.<br><br>Defendants,<br>ALEJANDRO JARAMILLO, Individually and Under Color of State Law, JEFFREY WELZ, Police Director, Individually and Under Color of State Law, THE WEEHAWKEN POLICE DEPARTMENT and THE TOWNSHIP OF WEEHAWKEN | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action Number:<br>05-3522 (PGS-ES)<br><br>STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANTS TOWNSHIP OF WEEHAWKEN and ALEJANDRO JARAMILLO |
| Plaintiffs,<br>UNITED NATIONAL INSURANCE COMPANY and DIAMOND STATE INSURANCE COMPANY<br><br>vs.<br><br>Defendants,<br>TOWNSHIP OF WEEHAWKEN, TOWNSHIP OF WEEHAWKEN POLICE DEPARTMENT, JEFFREY WELZ, ALEJANDRO JARAMILLO, and ESTATE OF JOSE LUIS IVES, JR. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action Number:<br>07-832 (SDW-MCA) |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiffs **ESTATE OF JOSE LUIS IVES, JR., represented by Jose Luis Ives, Sr., the Administrator ad Prosequendum of the Estate of Jose Luis Ives, Jr.** and Defendants TOWNSHIP OF WEEHAWKEN and ALEJANDRO JARAMILLO, it is hereby stipulated and agreed that the same be dismissed without attorney fees and costs as to said parties, with prejudice.

Dated: 5/1/08

DWYER, CONNELL AND LISBONA

By: _____
WILLIAM T. CONNELL
Attorneys for Defendant
Township of Weehawken


VENINO AND VENINO

By: _____
RICHARD P. VENINO
Attorneys for Defendant
Township of Weehawken


GENOVA, BURNS AND VERNOIA

By: _____
~~DINA M. MASTELLONE~~
Attorneys for Defendant
Alejandro Jaramillo

By: Sandro Polledri

ANTHONY C. MACK

By: _____
ANTHONY C. MACK
Attorney for Plaintiffs


WILLIAM D. MANNS

By: _____
WILLIAM D. MANNS
Attorney for Plaintiffs


**SO ORDERED:** _____
**DATED:** 6/18/08