# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY and DIAMOND STATE INSURANCE COMPANY,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TOWNSHIP OF WEEHAWKEN, TOWNSHIP OF WEEHAWKEN POLICE DEPARTMENT, JEFFREY WELZ AND ALEJANDRO JARAMILLO,<br>　　　　　　　Defendants. | CIVIL ACTION<br><br><br><br><br>No. 05-CV-3522 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, United National Insurance Company and Diamond State Insurance Company, in accordance with Federal Rule of Civil Procedure 41(a)(1) hereby dismiss the above captioned action as to Defendant Alejandro Jaramillo without prejudice. Alejandro Jaramillo has not served any answer to the complaint nor any motion for summary judgment. All claims between Plaintiffs and Defendant Alejandro Jaramillo are hereby **DISMISSED WITHOUT PREJUDICE** and without costs.

WHITE AND WILLIAMS

By _____
Gale White, Esquire
Anthony I. Miscioscia, Esquire
Jennifer L. Wojciechowski, Esquire

Attorneys for Plaintiffs, United National Insurance Company and Diamond State Insurance Company

SO ORDERED.
DATED: 6/19/08

## CERTIFICATE OF SERVICE

I, Jennifer L. Wojciechowski, Esquire, hereby certify that I have caused a true and correct copy

of United National Insurance Company and Diamond State Insurance Company's Notice Of

Dismissal Without Prejudice to be served via regular mail, postage prepaid, on this date, upon

the following:

Kenneth Rothschild, Esq.
Golden Rothschild Spagnola Lundell Levitt &
Boylan PC
1011 Route 22 West
P.O. Box 6881
Bridgewater , NJ 08807

Counsel for Defendants,
TOWNSHIP OF WEEHAWKEN,
TOWNSHIP OF WEEHAWKEN POLICE
DEPARTMENT and JEFFREY WELZ, in
*United National and Diamond State v.
Township of Weehawken et al.*

Alejandro Jaramillo
Inmate No. 557743
SBI 240444C, H5-2R
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ  08302

Unrepresented Defendant in *United National
and Diamond State v. Township of Weehawken
et al.*

WHITE AND WILLIAMS LLP

*Jennifer L. Wojciechowski*

Date: May 1, 2008