# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY and DIAMOND STATE INSURANCE COMPANY,<br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF WEEHAWKEN, TOWNSHIP OF WEEHAWKEN POLICE DEPARTMENT, JEFFREY WELZ AND ALEJANDRO JARAMILLO,<br>Defendants. | CIVIL ACTION<br><br>No. 05-CV-3522 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above matter has been amicably adjusted by and between plaintiffs, United National Insurance Company and Diamond State Insurance Company, and defendants, Township of Weehawken, Township of Weehawken Police Department, and Jeffrey Welz. Therefore, it is hereby stipulated and agreed that all claims between all of those parties are hereby **DISMISSED WITH PREJUDICE** and without costs.

WHITE AND WILLIAMS

By: *[signature]*
Gale White, Esquire
Anthony L. Miscioscia, Esquire
Jennifer L. Wojciechowski, Esquire

Attorneys for Plaintiffs, United
National Insurance Company and
Diamond State Insurance Company

GOLDEN ROTHSCHILD SPAGNOLA LUNDELL LEVITT & BOYLAN PC

By: *[signature]*
Kenneth Rothschild, Esquire

Attorney for Defendants,
Township Of Weehawken,
Township Of Weehawken Police Department
and Jeffrey Welz

SO ORDERED: *[signature]*
DATED: 6/19/08

PHLDMS1 4232736v.1